UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

ROBERT D. JOHNSON

        Plaintiff,

v.

MERCANTILE ADJUSTMENT BUREAU, LLC.,

        Defendant.

---

Civil Action No. 11-CV-412

## **STIPULATION OF DISCONTINUANCE**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for all parties to the above entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued with prejudice.

DATED: 12-22-11

_____
Seth J. Andrews, Esq.
Law Offices of Kenneth Hiller
*Attorneys for Plaintiff*
6000 North Bailey Avenue, Suite 1A
Amherst, New York 14226
Phone: (716) 564-3288

DATED: 11/22/11

_____
Michael Del Valle, Esq.
Sessions, Fishman, Nathan &
Israel of New York, LLC.
*Attorneys for Defendant*
130 John Muir Drive
Suite 106
Amherst, New York 14228
(716) 625-7492